UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHARLES E. MARSALA                          CIVIL ACTION

VERSUS                                       NUMBER: 06-3846

JERRY L. MAYO, ET AL.                        SECTION: "F"(5)


O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that defendants' motion is granted and that they are awarded attorneys'/paralegal's fees in the amount of $8,922.50 and costs in the amount of $196.73, for a total of $9,119.23.

New Orleans, Louisiana, this 27th day of March, 2014.

_____
UNITED STATES DISTRICT JUDGE

1